**Order entered September 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00089-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

On July 16, 2014, this Court adopted the trial court's findings that appellant desired to represent himself on appeal. We ordered appellant to file his brief within thirty days. To date, appellant has neither filed a brief nor sought an extension of time from this Court to do so.

Accordingly, we **ORDER** appellant to file his brief by **OCTOBER 3, 2014**. If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994); *see also* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to appellant Jay Sandon Cooper and to the Grayson County District Attorney's Office.

/s/      LANA MYERS
JUSTICE